AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Melloy, Michael J | 2. Court or Organization  Eighth Circuit Court of Appeal | 3. Date of Report  5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge (Active) | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial ◉ Annual ● Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  625 First ST. S.E., Suite 200  Cedar Rapids, IA 52401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY -6 A 9 55
FINANCIAL
DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2004 | Cedar Rapids Community School District-Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwestern Mutual Life Insurance Company | Policy Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Melloy, Michael J | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transaction during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Northwestern Mutual Life Insurance Company-cash values | D | Interest | L | T | | | | | |
| 2. Home Technology Systems Stock in US Bank IRA | A | None | J | T | | | | | |
| 3. PBHG Funds-Large Cap 20 Fund in IRA account | A | Dividend | J | T | Transfer | 3/12 | J | A | |
| 4. Vanguard Group 500 Index Fund in IRA | D | Dividend | L | T | | | | | |
| 5. Fidelty Low Priced Stock Fund in US Bank IRA | A | Dividend | J | T | | | | | |
| 6. First American Mid Cap Fund in US Bank IRA | A | Dividend | J | T | | | | | |
| 7. Cedar Rapids Bank and Trust Company-Checking Ac t. | A | Interest | J | T | | | | | |
| 8. Cedar Rapids Bank and Trust-Money Market Acct. | A | Interest | L | T | | | | | |
| 9. General Electric Company stock in US Bank IRA | C | Dividend | K | T | | | | | |
| 10. First American Small Cap Core Fund in US Bank IRA | A | Interest | J | T | | | | | |
| 11. PBHG Funds-Large Cap Value Fund in IRA | A | Dividend | J | T | Transfer | 03/12 | J | A | |
| 12. PBHG REIT Fund in IRA | A | Dividend | J | T | Transfer | 03/12 | J | A | |
| 13. PBHG Cash Reserves Fund in IRA | A | Interest | K | T | Transfer | 03/12 | K | | |
| 14. A.G. Edwards IRA-Money Market Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501 $5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII  The PBHG Large Cap 20, PBHG Large Gap Value and PBHG REIT Funds (lines 3, 11, and 12) which appeared on the 2003 report were closed out on March 12, 2004, and the moneys transferred into the PBHG Cash Reserves Fund. Those accounts will not be shown on next year's report (2005 report).

Section VII  The A.G. Edwards IRA Money Market Account (line 14) should have been listed on my 2002 and 2003 reports. It represents an IRA account ██████ received as an inheritance from ██████ estate. The IRA was transferred to ██████ on October 7, 2002. I failed t  include the money market account thru oversight.

Section VII  Last year's report included a checking account at US Bank. Although, the account is still open I only have a minimal amount in it. The balance of the account and the interest earned are both below the amount required for disclosure. As a result, I have taken that account off my report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Melloy, Michael J | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 5, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544